IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MIGUEL DAVID GEDO, et al., <br><br> Defendants. | ORDER <br><br><br><br> Case No. 2:10-CV-429 TC |

This matter is before the court on Elisa Gedo's motion to remand the case to the Superior Court of the State of Washington in King County. The matter was referred to United States Magistrate Judge Paul Warner. On March 1, 2011, Judge Warner issued a Report and Recommendation in which he recommended 1) granting Elisa Gedo's motion to remand and 2) designating Miguel Gedo as a restricted filer in the United States District Court for the District of Utah. Miguel Gedo filed an objection to the Report and Recommendation on March 15, 2011.

The court has conducted a de novo review of the issues and finds that Judge Warner's analysis and conclusions were correct. Accordingly, the Report and Recommendation (Dkt. No. 9) is adopted as the order of the court. Elisa Gedo's motion to remand (Dkt. No. 8) is GRANTED. Because it appears that Miguel Gedo meets the criteria for becoming a restricted filer, the clerk shall provide a copy of this order and the adopted Report and Recommendation to Chief Judge Stewart so that he may review them, and, if he deems it appropriate, issue an order to show cause why Mr. Gedo should not face reasonable restrictions in filing future matters with

the United States District Court for the District of Utah.

SO ORDERED this 22nd day of March, 2011.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge